JUDGE FRANK MONTALVO

FILED
2020 AUG 19 PM 3: 54

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DANIEL O. VASQUEZ, as Parent and Next of Friend of Yadira Vaquez [sic], Plaintiffs, | § § § § | |
| v. | § § | No. |
| U.S. CUSTOMS AND BORDER PROTECTION, Defendant. | § § § § | EP20CV0231 |

## NOTICE OF REMOVAL

Defendant, U.S. Customs and Border Protection (hereinafter referred to as "Defendant") acting by and through the United States Attorney for the Western District of Texas, hereby files this Notice of Removal with this Court removing the above entitled action now pending as Cause No. 2020DCV1966 in the County Court at Law No. 6, El Paso County, Texas, and in support of this Notice of Removal states as follows:

1. On June 12, 2020, Plaintiffs filed their Original Petition, as Cause No. 2020DCV1966, in the County Court At Law No. 6, El Paso County, Texas, entitled *Daniel O. Vasquez, As Parent and Next Friend of Yadira Vaquez [sic], Plaintiffs v. U.S. Customs and Border Protection, Defendant* (hereinafter referred to as the "State Court Action").

2. Service has not been perfected. Defendant reserves, and does not waive, any defenses it may have to the instant suit; to specifically include, but not limited to, defenses regarding improper service of process.

3. Copies of all pleadings received by the Defendant in the State Court Action and a copy of the docket sheet as of August 19, 2020 are attached to this notice in accordance with 28

U.S.C. § 1446(a). Exhibit 1. Counsel for Defendant is in the process of obtaining a complete copy of the file from the District Clerk's Office and will be forwarded upon receipt.

4.  This Notice of Removal is made pursuant to the applicable provisions of 28 U.S.C. §§ 1441 and 1442. Federal district courts have original jurisdiction of civil action on claims against the United States for money damages. 28 U.S.C. § 1346(b).

5.  Pursuant to the provisions of 28 U.S.C. § 1446(d), a Notice of Filing Notice of Removal will be filed with the Clerk of the District Court of El Paso County, Texas, a true and correct copy of which is attached hereto. Exhibit 2.

Defendant, U.S. CUSTOMS AND BORDER PROTECTION provides this Notice that the action now pending in the County Court At Law No. 6, El Paso County, Texas, against Defendant, U.S. CUSTOMS AND BORDER PROTECTION, is removed to the United States District Court for the Western District of Texas, El Paso Division.

Dated: August 19, 2020.

Respectfully submitted,

**JOHN F. BASH**
UNITED STATES ATTORNEY

/s/ Manuel Romero
**MANUEL ROMERO**
Assistant United States Attorney
TX State Bar No. 24041817
Manuel.romero@usdoj.gov
**COLTON TULLY-DOYLE**
Assistant United States Attorney
WA State Bar No. 54643
Colton.tully-doyle@usdoj.gov
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office (915) 534-6884
Facsimile (915) 534-3490
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

    Pursuant to Federal Rule of Civil Procedure 5, I certify that a true and exact copy of the foregoing document has been sent by certified mail, return receipt requested on the 19th day of August 2020, to: Jesse A. Herrera and Matthew M. Ribail, Jesse Herrera & Associates, 1423 East Missouri Ave., Suite C, El Paso, TX 79902, *Attorneys for Plaintiffs*.

/s/ Manuel Romero  
**MANUEL ROMERO**  
Assistant United States Attorney