UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| DANIEL O. VASQUEZ, as Parent and Next of Friend of Yadira Vaquez [sic], | § § § | |
| Plaintiff, | § § | EP-20-CV-00231-FM |
| v. | § § | |
| U.S. CUSTOMS AND BORDER PROTECTION, | § § § | |
| Defendant. | § § | |

## FINAL JUDGMENT

In accordance with "Order Granting Defendant's Motion to Dismiss" [ECF No. 30], entered December 7, 2021, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITH PREJUDICE.**

2. It is **FURTHER ORDERED** all pending motions, if any, are **DENIED AS MOOT.**

3. The Clerk of the Court is **INSTRUCTED** to **CLOSE** the cause.

**SIGNED AND ENTERED** this _7_ day of **December 2021**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

1